# EXHIBIT A

# Additional Certificate of Registration of a Claim to Copyright

This is to certify that the statements set forth
in the attached have been made a part of the
records of the Copyright Office with claim
of copyright registered under number

In testimony whereof, the seal of this office
is affixed hereto on

TX 1-730-597

March 31, 2009



Register of Copyrights and
Associate Librarian for Copyright Services

c-731 01/2007—10,000

TH 1 730 597

EFFECTIVE DATE OF REGISTRATION

1 / 29 / 86
Month / Day / Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

TOPPS BASEBALL CARDS:   THE COMPLETE PICTURE COLLECTION

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

a **NAME OF AUTHOR ▼**

Topps Chewing Gum, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?   ☑ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
compilation of baseball cards

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?   ☐ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?   ☐ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1985   ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ▶ November   Day ▶ 1   Year ▶ 1985
U.S.A.   ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Topps Chewing Gum, Inc.
254 36th Street, Brooklyn, NY 11232
Attn.:  Joel J. Shorin, President

**APPLICATION RECEIVED**
JUL 23 1985
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
OCT 23 1985
**REMITTANCE NUMBER AND DATE**

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶

TX 1 730 597

☑ CORRESPONDENCE
☑ Yes

☐ DEPOSIT ACCOUNT
☐ FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**MANUFACTURERS AND LOCATIONS** If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

Names of Manufacturers ▼          Places of Manufacture ▼

Ashfield Press          London, England

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**  A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

Warner Books, Inc.          DA051101

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

See below

Area Code & Telephone Number ▶          212-484-3175

Be sure to
give your
daytime phone
number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Topps Chewing Gum, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Abigail Gantell          date ▶ 11.18.85

Handwritten signature (X) ▼

*Abigail E. Gantell*

**10**

**MAIL CERTIFICATE TO**

Name ▼
Abigail Gantell, Warner Books, Inc.
Number/Street/Apartment Number ▼
666 Fifth Avenue
City/State/Zip ▼
New York NY 10103

Have you:
• Completed all necessary spaces?
• Signed your application in space 10?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

Certificate will be mailed in window envelope.

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1983: 381-278/507

# EXHIBIT B



41 TOMMY DAVIS

42

47 JOHN ELLIS

48

53 BUD HARRELSON

54 BUD HARRELSON

59 FRED STANLEY

60 MANNY SANGUILLEN





73 STEVE HUNTZ

74 CECIL UPSHAW

75

79 1972 ROOKIE STARS RED SOX

80 TONY PEREZ

81

85 1971 N.L. BATTING LEADERS

86 1971 A.L. BATTING LEADERS

87 1971 N.L. R.B.I. LEADERS

91 1971 N.L. E.R.A. LEADERS

92 1971 A.L. E.R.A. LEADERS

93





# EXHIBIT C

# Additional Certificate of Registration
## of a Claim to Copyright

This is to certify that the statements set forth
in the attached have been made a part of the
records of the Copyright Office with claim       In testimony whereof, the seal of this office
of copyright registered under number             is affixed hereto on

VA-46-807                                         July 26, 2011

*Maria A. Pallante*

Register of Copyrights and
Associate Librarian for Copyright Services

c-731 · 06/2011—10,000

REGISTRATION NUMBER

VA       46-807

VA                    VAU

EFFECTIVE DATE OF REGISTRATION

14 JAN 1980

Month          Day          Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

**① Title**

**TITLE OF THIS WORK:**

TOPPS 1980 BASEBALL CARDS

Previous or Alternative Titles

**NATURE OF THIS WORK:** (See instructions)

Collection of photographs of baseball players (trading cards)

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work ..... Vol. .... No. .... Date ..... Pages .....

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:**

TOPPS CHEWING GUM, INCORPORATED

Was this author's contribution to the work a "work made for hire"?   Yes **X**   No

**DATES OF BIRTH AND DEATH:**

Born ...... Died ......
(Year)        (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of CORPORATION OF NEW YORK   Domiciled in .... U.S.A.
(Name of Country)                                (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution).

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?   Yes ...   No
Pseudonymous?   Yes ...   No

If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes ...   No

**DATES OF BIRTH AND DEATH:**

Born ...... Died ......
(Year)        (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ...............   } or {   Domiciled in ..............
(Name of Country)                        (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?   Yes ...   No
Pseudonymous?   Yes ...   No

If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes ...   No

**DATES OF BIRTH AND DEATH:**

Born ...... Died ......
(Year)        (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ...............   } or {   Domiciled in ..............
(Name of Country)                        (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?   Yes ...   No
Pseudonymous?   Yes ...   No

If the answer to either of these questions is "Yes," see detailed instructions attached.

**③**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year. 1979

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date   Jan. (Month)   3, (Day)   1980 (Year)

Nation   U.S.A.
(Name of Country)

(Complete this block ONLY if this work has been published.)

**④**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

TOPPS CHEWING GUM, INCORPORATED,
254 36th Street
Brooklyn, New York 11232

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• Follow detailed instructions attached



DO NOT WRITE HERE

Page of ... pages

VA — 46-807

| | DEPOSIT ACCOUNT FUNDS USED: □ | REMITTANCE NUMBER AND DATE 1121 1 JAN 1480 |
|---|---|---|

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes . . . . . . . No . . .

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☑ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number. . . . . . . . . . . . . . . . Year of Registration . . . . . . . . . .

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name:

Account Number:

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name  **BASSECHES & BASSECHES**

Address  **420 Lexington Avenue**

**New York**  (City)  **New York**  (State)  **10017**  (ZIP)

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author, ☐ other copyright claimant ☐ owner of exclusive rights) ☑ authorized agent of **TOPPS CHEWING GUM, INCORPORATED**
(Name of author or other copyright claimant, or owner of exclusive rights)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _[signature]_

Typed or printed name  **MARK T. BASSECHES**  Date: 1/7/80

**BASSECHES & BASSECHES**
(Name)
**420 Lexington Avenue, Suite 2900,**
(Number, Street and Apartment Number)
**New York**  (City)  **New York**  (State)  **10017**  (ZIP code)

MAIL CERTIFICATE TO

31 APR 80

* 17 U.S.C. § 506(e): FALSE REPRESENTATION.—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

VA 16-807

DEPOSIT ACCOUNT
FUNDS USED

112 JAN 14 80

**PREVIOUS REGISTRATION**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes     No

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number................   Year of Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

MATERIAL ADDED TO THIS WORK. (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name:

Account Number:

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name:    BASSECHES & BASSECHES

Address:  420 Lexington Avenue

New York      New York      10017
(City)         (State)        (ZIP)

**CERTIFICATION:** ❋ I, the undersigned, hereby certify that I am the: (Check one)
☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ authorized agent of   TOPPS CHEWING GUM, INCORPORATED

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ........

Typed or printed name:  MARK T. BASSECHES         Date: 1/1/80

BASSECHES & BASSECHES
(Name)
420 Lexington Avenue, Suite 2900,
(Number, Street and Apartment Number)
New York      New York      10017
(City)         (State)        (ZIP code)

* 17 U.S.C. § 506(e) FALSE REPRESENTATION. Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-780-927

**Effective date of registration:**

July 22, 2011

---

## Title

**Title of Work:** Card Front of Albert Pujols Rookie Card - 2001 Bowman Chrome Baseball

## Completion/Publication

**Year of Completion:** 2001

**Date of 1st Publication:** June 15, 2001          **Nation of 1st Publication:** United States

## Author

■          **Author:** The Topps Company, Inc.

**Author Created:** photograph(s), 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** The Topps Company, Inc.

1 Whitehall Street, New York, NY, 10004, United States

## Certification

**Name:** Mioko Tajika

**Date:** July 22, 2011

**Applicant's Tracking Number:** 00695-0107

---

# EXHIBIT E

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-780-932

**Effective date of
registration:**

July 22, 2011

---

## Title

**Title of Work:** Card Front of Joe Mauer Rookie Card - 2002 Bowman Chrome Baseball

## Completion/Publication

**Year of Completion:** 2002

**Date of 1st Publication:** August 1, 2002          **Nation of 1st Publication:** United States

## Author

**Author:** The Topps Company, Inc.

**Author Created:** photograph(s), 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** The Topps Company, Inc.

1 Whitehall Street, New York, NY, 10004, United States

## Certification

**Name:** Mioko Tajika

**Date:** July 22, 2011

**Applicant's Tracking Number:** 00695-0107

# EXHIBIT F

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-780-931

**Effective date of
registration:**

July 22, 2011

---

## Title

**Title of Work:** Card Front of Ryan Braun Prospect Card - 2005 Bowman Draft Picks & Prospects
Baseball

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** November 30, 2005 **Nation of 1st Publication:** United States

## Author

**Author:** The Topps Company, Inc.

**Author Created:** photograph(s), 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** The Topps Company, Inc.

1 Whitehall Street, New York, NY, 10004, United States

## Certification

**Name:** Mioko Tajika

**Date:** July 22, 2011

**Applicant's Tracking Number:** 00695-0107

# EXHIBIT G

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-780-930

**Effective date of
registration:**

July 22, 2011

---

## Title

**Title of Work:** Card Front of Bryce Harper Bowman AFLAC Card - 2010 Bowman Draft Picks &
Prospects Baseball

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** December 15, 2010     **Nation of 1st Publication:** United States

## Author

■     **Author:** The Topps Company, Inc.

**Author Created:** photograph(s), 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** The Topps Company, Inc.

1 Whitehall Street, New York, NY, 10004, United States

## Certification

**Name:** Mioko Tajika

**Date:** July 22, 2011

**Applicant's Tracking Number:** 00695-0107

Page 1 of 1

# EXHIBIT H

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-780-928

**Effective date of registration:**

July 22, 2011

## Title

**Title of Work:** Card Front of Stephen Strasburg Rookie Card - 2010 Topps Chrome Baseball

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** October 6, 2010     **Nation of 1st Publication:** United States

## Author

■ **Author:** The Topps Company, Inc.

**Author Created:** photograph(s), 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** The Topps Company, Inc.

1 Whitehall Street, New York, NY, 10004, United States

## Certification

**Name:** Mioko Tajika

**Date:** July 22, 2011

**Applicant's Tracking Number:** 00695-0107

# EXHIBIT I

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-780-929

**Effective date of
registration:**

July 22, 2011

---

## Title

**Title of Work:** Card Front of Bryce Harper USA Baseball Insert Card - 2010 Bowman Baseball

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** May 12, 2010          **Nation of 1st Publication:** United States

## Author

■          **Author:** The Topps Company, Inc.

**Author Created:** photograph(s), 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** The Topps Company, Inc.

1 Whitehall Street, New York, NY, 10004, United States

## Certification

**Name:** Mioko Tajika

**Date:** July 22, 2011

**Applicant's Tracking Number:** 00695-0107

---