# EXHIBIT J

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-780-926

**Effective date of
registration:**

July 22, 2011

---

## Title

**Title of Work:** Card Front of Bryce Harper Prospect Card - 2011 Bowman Baseball

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** May 18, 2011    **Nation of 1st Publication:** United States

## Author

▪ **Author:** The Topps Company, Inc.

**Author Created:** photograph(s), 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** The Topps Company, Inc.

1 Whitehall Street, New York, NY, 10004, United States

## Certification

**Name:** Mioko Tajika

**Date:** July 22, 2011

**Applicant's Tracking Number:** 00695-0107

# EXHIBIT K

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,140,078

**United States Patent and Trademark Office**   Registered Mar. 3, 1998

### TRADEMARK
#### PRINCIPAL REGISTER

## BOWMAN

TOPPS COMPANY, INC., THE (DELAWARE CORPORATION)
ONE WHITEHALL STREET
NEW YORK, NY 10004

FOR: TRADING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 2–1–1989; IN COMMERCE 2–1–1989.

OWNER OF U.S. REG. NO. 1,586,294.

SEC. 2(F).

SER. NO. 75–103,088, FILED 5–13–1996.

DOMINICK J. SALEMI, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,251,239

## United States Patent and Trademark Office

Registered June 8, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## TOPPS CHROME

TOPPS COMPANY, INC., THE (DELAWARE CORPORATION)
ONE WHITEHALL STREET
NEW YORK, NY 10004

FOR: TRADING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 11–29–1995; IN COMMERCE 11–29–1995.

OWNER OF U.S. REG. NOS. 835,967, 1,809,166 AND OTHERS.
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CHROME", APART FROM THE MARK AS SHOWN.

SER. NO. 75–440,582, FILED 2–25–1998.

BERYL GARDNER, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

Reg. No. 2,265,679

## United States Patent and Trademark Office

Registered July 27, 1999

### TRADEMARK
### PRINCIPAL REGISTER

## BOWMAN CHROME

TOPPS COMPANY, INC., THE (DELAWARE CORPORATION)
ONE WHITEHALL STREET
NEW YORK, NY 10004

FOR: TRADING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11–20–1997; IN COMMERCE 11–20–1997.
OWNER OF U.S. REG. NOS. 1,586,294 AND 2,140,078.

SN 75–399,120, FILED 12–3–1997.

G. MAYERSCHOFF, EXAMINING ATTORNEY

# EXHIBIT L

You are here: **Home** » **Baseball**, **News** » Mickey Mantle Back at Topps

# Mickey Mantle Back at Topps

Posted by **Ryan Cracknell** • November 15, 2005 • **Printer-friendly**



1952 Topps Baseball Mickey
Mantle

From a Topps press release sent a couple of days ago:

The Topps Company, historic baseball card maker, is pleased to announce it
is bringing legendary Yankee Mickey Mantle back home to Topps Baseball
Cards.

During his playing days and well after his retirement, Mickey Mantle
transcended the game of baseball and captured the hearts of the American
public. Nowhere has that been more apparent than in the candy shops of
yesterday and the hobby shops of today. Mantle's 1952 Topps Rookie Card,
was and still is, the cornerstone of a sports collectibles industry that he helped
shape. With the changing face of the hobby, Topps and the Mantle family felt
that now was the perfect time to bring "The Mick" back to where it all started.

"Dad loved his fans, and was always proud of the popularity and collectibilty of
his Topps trading cards," said Mickey's sons, Danny and David Mantle. "It's
only fitting that he is back where it all began."

The exclusive agreement, which goes into effect January 1, 2006, grants
Topps exclusive rights within the MLB trading card category for all trading
cards, including insert cards, memorabilia cards, cut signature cards and the

use of Mantle's image on packaging and advertising. Mantle will make his first appearance in 2006 Topps Baseball (releasing February 7th).

With access to the Mantle Family's vast photo collection and unique memorabilia pieces, including one of Mickey Mantle's only remaining first baseman's gloves, Topps, with the help of Danny and David Mantle, plans to chronicle the life and times of "The Mick" through trading cards like never before.

"No athlete has been more important to our baseball card line over the past 50 years than Mickey Mantle," said Warren Friss, Topps VP. "We plan to leverage Topps connection with 'The Mick' by sparking the nostalgia of the veteran collector and introducing a true sports hero to a new generation."

Mantle, known as one of greatest baseball players to ever play the game, won the distinguished Triple Crown in 1956 and was the centerpiece of 12 Yankee pennants and seven World Series titles. He hit 536 home runs during his storied career and won the MVP award in 1956, 1957 and 1962. Mantle holds numerous records including 18 World Series home runs. For more information on the life and times of "The Mick", visit the all-new MickeyMantle.com launching January 1st and join the 50th anniversary celebration of Mick's historic Triple Crown season.

*My only question now is, will they reinstate the #7 that had been "retired" from Topps' base set? Please do because it's very confusing when you're making the set. At least include something like a memorial card to fill in the spot.*

- Share this post:
- **Bookmark**

- **on Digg**
- **Delicious**
- **Buzz post**
- **Flip up**
- **Share FriendFeed**
- **Share LinkedIn**
- **Share MySpace**
- **Share Orkut**
- **Share Reddit**
- **StumbleUpon Stumblers**
- **Buzz up**
- **Tell it up a friend**

0            0

Like

right now on
 eb Y

New to eBay?
Registration is fast and free.    Go

Home   Search   Baseball»   Basketball»   Football»   Hockey»   Other»   Sports Card Sets»   Brands»   Set Checklists»   Hobby»   Collectopedia   Radio

You are here: Home » Home » Baseball » Baseball Cards » **Topps Signs Super Prospect Stephan Strasburg To Exclusive Deal**

 # Topps Signs Super Prospect Stephan Strasburg To Exclusive Deal –

By Mike Smith Dec 22, 2009

Like                    0                    0

The Topps Company, who recently sent shock-waves through the hobby by securing the exclusive licensing rights to Major League Baseball sports cards, has announced another exciting signing sure to catch the attention of baseball card collectors. The New York based trading card giant issued a press release Tuesday morning announcing the signing of super prospect Stephen Strasburg to an exclusive new agreement.

The new multi-year deal grants Topps the exclusive rights to produce Stephen Strasburg autograph and game used memorabilia baseball cards - both of which promise to continue to be a very hot commodities on the secondary market. The deal also provides Topps the exclusive rights to use Strasburg's image on packaging and advertising. Furthermore, Topps be producing a limited edition line of Strasburg autographed memorabilia.

"Stephen is a very special talent," said Warren Friss, General Manager of Topps' Sports and Entertainment divisions. "When a phenom like him comes along, you do whatever you can to make them part of your team."

Strasburg experessed similar sentiments regarding the new deal, saying, "I can't wait to see myself in uniform on my first Topps card. That's when I know I will have truly made it as a baseball player."

Strasburg, still only 21 years old, was one of the most heralded amateur ballplayers in the game's history when the Washington Nationals selected him with the first overall pick in the 2009 Major League Baseball Draft. An expert at ESPN even went as far as to label him the best MLB prospect ever. Strasburg made it hard to argue with this assessment, putting together a staggering 13-1 record with a minuscule 1.32 ERA for San Diego State University in 2009. His spectacular performance earned him the coveted Golden Spikes Award and the attention of millions of baseball fans throughout the country.

Over the next few weeks Topps plans to reveal images and set details from some of the new baseball card products that Stephan Strasburg will be headlining.

## Top Deals                                      Time: ending soonest

            


AUTHENTIC NATIONALS
37 STEPHEN
STRASBURG JERSEY 56
$199.00

AUTHENTIC NATIONALS
37 STEPHEN
STRASBURG JERSEY 48
$199.00

STEPHEN STRASBURG
MINT SIGNED OML
BASEBALL JSA LETTER
$199.99

2010 BOWMAN
STEPHEN
STRASBURG BLACK
BOARDER ROOKIE
$20.00

    


Stephen Strasburg RC
2010 Bowman Chrome
Xfractor 212
$13.50

2010 Bowman Chrome
STEPHEN STRASBURG
REF AUTO RC 500
$249.99

GOT Stephen Strasburg
WAS Nationals Jersey
Tee T SHIRT
$13.45

GOT Stephen Strasburg
WAS Nationals Jersey
Tee T SHIRT
$13.45

GOT Stephen Strasburg   GOT Stephen Strasburg   GOT Stephen Strasburg   GOT Stephen Strasburg

## Win a Free 2011 Bowman Baseball Hobby Box



### Site Search

[                    ]  Search

Advanced Search

Help support The Cardboard Connection and find great deals using our free eBay Commando Search Tool

### Search For Deals

Search:              [        ] Search

Sort by
◉ Most Watched
○ Best Match
○ Ending Soonest
○ Lowest Price
○ Highest Price


member

### News Headlines

Free Sports Market Report Magazine Giveaway at the National

Former WWE Diva Dawn Marie on Cardboard Connection Radio This Friday

Santa Claus Autograph Signing at the National Courtesy of Cardboard Connection Radio

Reader Contest Win a 2011 Bowman Baseball Hobby Box

Finding the Moment in Your Sports Memorabilia Collection

# BLOWOUT CARDS

www.blowoutcards.com

Blowout Cards Forums > GENERAL INFORMATION AREA >
News & Announcements
**Breaking News ! Topps reportedly lands Stephen Strasburg !**

User Name  User Name  ☐ Remember Me?
Password  [ Log in ]

| Register | FAQ | My iTrader | Forum Rules | Community ⌄ | Today's Posts | Search |

**News & Announcements** Case Deals! and General Info about the Hobby

[ Post Reply ]

LinkBack (1) ⁄  Thread Tools ⁄  Display Modes ⁄

🔲 12-22-2009, 10:36 AM  ⬤⬩ #1 (permalink)

**blowoutcards**
Administrator

**BLOWOUT CARDS**

Join Date: Jun 2007
Posts: 5,704
eb🅨 blowoutcards

📄 **Breaking News ! Topps reportedly lands Stephen Strasburg !**

Topps reportedly lands exclusive memorabilia deal with Stephen Strasburg
December 22, 2009, 10:32 am

Topps has signed an exclusive memorabilia deal with No. 1 overall draft pick Stephen Strasburg.

The multi-year deal grants the longest-running manufacturer of baseball cards and the lone fully licensed maker of cards for Major League Baseball exclusive rights for autographs, game-used memorabilia cards as well as Strasburg's image use on packaging and advertising.

In addition, Topps will also offer a line of autographed memorabilia.

It's safe to say that landing Strasburg was likely not easy as other companies have tried to land the Washington Nationals pitcher, but instead have gone without him or made cards without using his name and likeness and included a small number of cut autographs in products.

It's unclear whether the deal is exclusive for autographs, but Upper Deck's foray into baseball cards without full licensing could have had a serious impact on Topps had the California-based company landed Strasburg and Topps had not.

In its formal announcement, Topps Sports & Entertainment GM Warren Friss praised the college star who went 13-1 with a 1.32 ERA at San Diego State last season and won the Golden Spikes

Award.

"Stephen is a very special talent," Friss said. "When a phenom like him comes along, you do whatever you can to make them part of your team."

In the coming weeks, Topps will unveil card designs and products featuring the Scott Boras client. And, like many collectors, even the pitcher can't wait.

"I can't wait to see myself in uniform on my first Topps card," Strasburg said. "That's when I know I will have truly made it as a baseball player."

Topps reportedly lands exclusive memorabilia deal with Stephen Strasburg The Beckett Blog

_____

## **Shop for Sports Cards and Trading Cards**

 

---

📅 12-22-2009, 10:38 AM                                                    #2 (permalink)

**nephinfan**
Member



Join Date: Dec 2008
Location: Nebraska
Posts: 2,652

🛒 nephinfan

⌐

Very interesting!!

_____

**"When I began playing the game, baseball was about as gentlemanly as a kick in the crotch." ---Ty Cobb**

 

---

📅 12-22-2009, 10:40 AM                                                    #3 (permalink)

**bigsmoot2**
Member



Join Date: Jan 2009
Location: MN
Posts: 2,878

🛒 bigbass21

⌐

Wonder if we can assume his 1st Chrome Auto will be the "big pull" of 2010 Bowman with Chrome, let's hope so!! 😊

_____

**FAN OF: CHICAGO CUBS & DENVER BRONCOS**

 

---

📅 12-22-2009, 11:16 AM                                                    #4 (permalink)



- Home
- About ToppsBlog
- Contact Us
- Archive

Enter search...



- Baseball»
- Contests and Giveaways
- Football»
- Hobby News
- Product Previews»
- UFC»
- Uncategorized
- WWE
- RSS

Baseball, Hobby News

## Topps Signs #1 Draft Pick Bryce Harper to an Exclusive Deal

6 Comments | 20 October 2010



New York, NY (Oct. 20, 2010) –The Topps Company, Inc., the exclusive producer of Major League Baseball trading cards, is proud to announce that it has signed Major League Baseball's # 1 Draft Pick Bryce Harper to an exclusive agreement.

The multi-year deal grants Topps exclusive rights for autographed cards, game-used memorabilia cards and Harper's image use on packaging and advertising.

"Growing up a huge baseball fan, it will be surreal to see myself on a Topps card with a Nationals jersey on," said Harper. "I'm excited to team up with Topps and take one of the first steps to realizing my Major League dreams."

Harper, who earned his GED after his sophomore year of high school, was the first overall pick in the 2010 Major League Baseball Draft. In his lone season at the College of Southern Nevada, the outfielder hit .443 with 31 home runs and 98 RBIs in 66 games. Harper's record-setting campaign earned him the Golden Spikes Award as the best amateur baseball player in the country.

"Bryce is a once-in-a-generation kind of player," said Warren Friss, GM, Topps Sports & Entertainment. "When someone like him comes along, you try to make him a big part of your team and we're thrilled to have him join the Topps roster."

Last year, Topps became the first exclusive baseball card company of Major League Baseball in nearly 30 years. The deal also marks the second straight year Topps has signed an exclusive agreement with Major League Baseball's first overall draft pick. The company looks to expand its ongoing efforts to invigorate the category, continue launching ground-breaking products, improve the retail and collecting experience and make cards more relevant to children.

« Damaged Cards? Missing Hits? Topps Guy is Here to Help.
Topps' Initial Plans for Bryce Harper »

Your Comments

6 Comments so far

1.    *JOHNBATEMAN2* says:
   October 20, 2010 at 8:05 PM

AdChoices ▷

**Live Sale of
Autographs**
July 21-22 Big
selection at auction
PADA member - 20
years experience
www.alexautographs.com

**Autograph Auction**
Autograph
Consignment Auction
Bid Now! Auction ends
soon...
www.PristineAuction.com

**Download Google
Chrome**
A free browser that
lets you do more of
what you like on the
web
www.google.com/chrome

**Free Babe Ruth
Gold Card**
Fine Hand Carved 22k
Babe Ruth Card Just
Pay $1.90 S&H -
Order Now!
www.DanburyMint.com

**Ask a Vintage
Appraiser**
Antique Experts are
Online. Antiques
Appraisals Today: 35
Antiques.JustAnswer.com/V...



# Topps Signs Deal with Babe Ruth Estate

Posted by **Editor** on
8/04/08 • Categorized as

**Sports Memorabilia
Industry News**

*Topps will get exclusivity on game-used memorabilia cards of the Babe and has plans for what could be the biggest pull of 2008.*

The Topps Company and CMG Worldwide (CMG), have signed an agreement giving Topps exclusive rights to produce current-day Babe Ruth baseball cards. The deal includes exclusivity on trading cards - including game-used memorabilia cards and all other insert cards.

"We are extremely excited to add baseball's greatest legend to the Topps brand," said Warren Friss Topps' GM of Sports & Entertainment. "As the 'House that Ruth Built' celebrates its final season, we couldn't think of a better way to celebrate the legacy of Yankee Stadium than by giving our fans access to most legendary player in its storied franchise."

The exclusive Babe Ruth cards were unveiled last week in packs of **2008 Topps Allen & Ginter** and will be found in the remainder of Topps' 2008 and 2009 baseball products. The products will feature an array of insert cards, autographed cards and game-used memorabilia cards.



One Topps Sterling card issued later this year will include a sliver of a Ruth game-used bat and two jersey swatches along with an autograph in the center. The card will be 1/1.

In April, Topps announced a deal with CMG that includes exclusivity on trading cards for 16 former baseball legends including Jackie Robinson, Walter Johnson, Ty Cobb, Tris Speaker, Thurman Munson, Roy Campanella, Rogers Hornsby, Lou Gehrig, Cy Young, Mel Ott, Johnny Mize, Jimmie Foxx, Honus Wagner, Pee Wee Reese, George Sisler and Christy Mathewson. Topps also holds the exclusive trading card rights with the Mickey Mantle estate.

# EXHIBIT M



# 2010 ROOKIE RETRO

This exciting release is designed to bring collectors the most exciting hunt for rookie cards (and rookie era cards) in trading cards history! Each and every card is graded by BGS or PSA. This release is solely driven by some of the most desirable rookie cards in all sports.

We are extremely excited to bring you the single most media frenzied trading card of the 21st century: 2010 Bowman Superfractor 1/1 Stephen Strasburg BGS 9.5 GEM MINT

This legendary card is now only available in 2010 Razor Rookie Retro.

## Product Features
- GRADED CARD PER BOX
- 6 BOXES PER CASE

Look for these among many other Icoinic rookie cards:














## ORDER DEADLINE: August 1st, 2010.
## Release date: Late August 2010.



For orders please call Brian at 214-393-4510 or e-mail orders@razorcollectibles.com
VISIT OUR WEBSITE At www.razorcollectibles.com

15564 Midway Road, Addison, Texas 75001. Razor is the TM of Razor Entertainment, LLC. 2010 Razor Entertainment. Design, content and checklist is subject to change. Signatures are examples/facsimile only, actual card styles may differ after production. Printed in the USA. * No purchase necessary, see website for details. This package contains only sports trading cards. There are no prizes, awards or other consideration offered as part of the sale or distribution of this card set. There is no raffle, lottery drawing or other contest related to the purchase of this card set. The offer and sale of this package and the enclosed card set is void where prohibited by law.

# EXHIBIT N



# 2011
## Best of Baseball

★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★

Leaf is pleased to present one of the most exciting products to hit the market in 2011
"Best of Baseball" presents the rare opportunity to chase not only some of the most
desired baseball graded rookie cards, graded vintage cards, slabbed modern
autograph and relic cards , as well as slabbed signed vintage baseball rookie cards!

### Each pack will contain 2 slabbed cards:
*(1) Buyback Card Graded/Slabbed Authentic by PSA or BGS.*
**This card will be one of the below:**

- Graded Rookie cards of yesterday and today's hottest players
- Graded Vintage cards PRE-1970 featuring Hall of Famers and those that should be.
- Graded/Slabbed Authentic modern autograph cards and relic cards
  of the game's top legends and current stars.
- Slabbed Authentic autographed vintage rookie cards of the hobby's most iconic rookie cards.

*(1) Original Leaf "Best of Baseball" Cut Signature Card (all BGS encapsulated):*
**This checklist includes 17 players/names:**

Babe Ruth, Jimmy Carter, Greg Maddux, Hank Aaron, Tony Gwynn, Bobby Doerr, Ted Williams,
Ralph Kiner, Sandy Koufax, Don Drysdale, Robin Roberts, Monte Irvin, Bob Feller, Rickey
Henderson, George Kell, Ken Griffey Jr and Luis Aparicio.

*Based on the incredible market response to previous similar products, "Legends of
the Diamond" and "Rookie Retro", this product which is the baseball offspring of
those brands should be in high demand and a sell out is expected*

★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★

### Shipping the week of July 18th.
### Orders due no later than July 11th,
however product is being sold on a first come first served basis. (subject to allocation)

### 3 Boxes per case
### 2 slabbed/graded cards per Box