*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
DOC #: _____
DATE FILED: 1/13/12

**Exhibit B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TOPPS COMPANY, INC.,<br><br>        Plaintiff/<br>        Counterclaim-Defendant,<br><br>-against-<br><br>LEAF TRADING CARDS, LLC,<br><br>        Defendant/<br>        Counterclaim-Plaintiff. | Case No: 11 Civ. 5585 (DAB)(KNF)<br>ECF CASE |

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff/counterclaim-defendant, The Topps Company, Inc., and defendant/counterclaim-plaintiff, Leaf Trading Cards, LLC, by their undersigned counsel, stipulate that the above-captioned action is voluntarily dismissed with prejudice and without costs to either party.

| | |
|---|---|
| INGRAM YUZEK GAINEN CARROLL<br>& BERTOLOTTI, LLP<br><br>By: _/s/ David G. Ebert_<br>    David G. Ebert<br>    Mioko C. Tajika<br>250 Park Avenue, 6th Floor<br>New York, NY 10177<br>(212) 907-9600<br><br>Attorneys for Plaintiff/Counterclaim-<br>Defendant, The Topps Company, Inc.<br><br>Dated: JAN 12, 2012 | SORINROYERCOOPER LLC<br><br>By: _/s/_<br>    Barry L. Cohen<br>    Alan S. Gruber<br>515 Madison Avenue, 13th Floor<br>New York, New York 10022<br>(212) 600-2085<br><br>Attorneys for Defendant/Counterclaim-<br>Plaintiff, Leaf Trading Cards, LLC<br><br>Dated: 1/12/2012 |

**SO ORDERED**

_Deborah A. Batts_
DEBORAH A. BATTS  1/13/10
UNITED STATES DISTRICT JUDGE